Hand-Delivered

FILED
CHARLOTTE, NC

JUN 23 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

3:25-cv-437-KDB

**KOY CHIU,**
  Plaintiff,

v.

**FAY SERVICING, LLC;**
**HUTCHENS LAW FIRM, JEFF BUNDA, ESQ .;**
**JOHN DOES 1-2 (Court Supervisors, Special Proceedings and Superior Court Divisions),**
  Defendants.

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS AND OTHER RELIEF

### I. JURISDICTION AND VENUE
1. This Court has jurisdiction under 28 U.S.C. § 1331 and 42 U.S.C. § 1983 as this action arises under the Constitution and laws of the United States.
2. Venue is proper in this district under 28 U.S.C. § 1391 because the events giving rise to this claim occurred in Mecklenburg County, North Carolina, within this judicial district.

### II. PARTIES
3. Plaintiff Koy Chiu is a resident of Charlotte, North Carolina, and the owner of the property located at 12937 Silvaire Farm Rd, Charlotte, NC 28278.
4. Defendant Fay Servicing, LLC is a mortgage servicing company doing business in North Carolina.
5. Defendant Hutchens Law Firm, Jeff Bunda is an attorney involved in the foreclosure proceedings against Plaintiff.
6. Defendants John Does 1-2 are court supervisors or officials within the Special Proceedings and Superior Court Divisions of the Mecklenburg County court system who acted under color of state law.

## III. STATEMENT OF FACTS

7. Plaintiff has resided in her home at 12937 Silvaire Farm Rd, Charlotte, NC for over 20 years.
8. Plaintiff's original mortgage loan was approximately $40,000.
9. Defendants, including Fay Servicing and its legal representatives, improperly and fraudulently added interest and fees totaling approximately $109,000. In 2007, Plaintiff was a party to a class action lawsuit against Argent Mortgage for predatory lending and deceptive practices. Following that lawsuit, Argent ceased any further contact with Plaintiff. However, in 2021—years after the expiration of the statute of limitations—Fay Servicing, the current loan servicer, issued a payoff letter attempting to collect on the same mortgage. This act represents a continued pattern of predatory and deceptive conduct, culminating in the unlawful foreclosure and auction of Plaintiff's home.
10. On December 31, 2024, Plaintiff's home was auctioned despite a valid stay granted earlier that same day by two supervisors from the court's Special Proceedings and Superior Court Division.
11. Attorney Jeff Bunda knowingly misrepresented facts to the court to proceed with the sale, and the court allowed the auction to continue in violation of Plaintiff's rights.
12. These actions deprived Plaintiff of her constitutional right to due process and were executed under color of law.

## III-A. ADDITIONAL FACTS AND PARTIES INVOLVED

13. The Mecklenburg County Clerk of Superior Court Judicial Hearing Officer Randi Guinn-Shirley, who is not an actual judge, participated in Civil Case 24CV060945-590. She is located at 832 E 4th Street, Charlotte, NC 28202.

14. Sheriff Rob Napolitano, involved in the eviction process, lists his address as 99 Jackson Street #237, Davidson, NC 28036. Phone: (917) 873-6993.

15. The Mecklenburg County Sheriff's Office (Main Location) is located at 700 E 4th Street, Charlotte, NC 28202. Phone: (704) 336-8100.

16. Attorney Jeff Bunda, affiliated with Hutchens Law Firm, located at 6230 Fairview Rd, Charlotte, NC 28210, was involved in the proceedings.

17. The Clerk of Superior Court is located at 832 E 4th Street, Charlotte, NC 28202. Phone: (704) 868-0400.


## IV. CLAIMS FOR RELIEF

COUNT ONE – VIOLATION OF DUE PROCESS (Fourteenth Amendment)

18. Plaintiff incorporates all preceding paragraphs.
19. Defendants acted under color of state law to deprive Plaintiff of her property without due process.
20. The failure to honor the court-ordered stay and the approval of a fraudulent auction constitute a clear violation of constitutional protections.

COUNT TWO – FRAUD AND MISREPRESENTATION

21. Plaintiff incorporates all preceding paragraphs.
22. Defendant Fay Servicing and Attorney Bunda of Hutchens Law Firm intentionally misrepresented the balance owed and concealed material facts from the court.

23. Plaintiff relied on the court's protection and the truthfulness of the legal process and suffered the loss of her home as a result.

COUNT THREE – CIVIL CONSPIRACY

24. Plaintiff incorporates all preceding paragraphs.
25. Defendants conspired to deprive Plaintiff of her property through a scheme involving false statements, fraudulent charges, and abuse of legal proceedings.
26. Attempted enforcement of a time-barred debt under N.C. Gen. Stat. §§ 1-47(2) and 1-52(1)
27. An emergency hearing was held before Judge Troy J. Statford under Case No. 21SP000683-590 or 24CV060945-590. Plaintiff was informed that Temporary Restraining Orders (TROs) are only handled by Civil Court, and that Special Proceedings does not issue TROs.

**V. PRAYER FOR RELIEF**
WHEREFORE, Plaintiff respectfully requests that this Court:
a. Declare that the Defendants violated Plaintiff's constitutional rights;
b. Award compensatory damages in an amount to be proven at trial;
c. Award punitive damages against all Defendants;
d. Order injunctive relief restoring Plaintiff's property interest if possible;
e. Award costs and attorney's fees pursuant to 42 U.S.C. § 1988;
f. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Koy Chiu
Pro Se Plaintiff
Date: June 23, 2025

\* URGENT MATTER!
Sheriff is Coming to Lock ME out of My Home of 20 yrs
PLEASE ASSIST IN Stopping this Eviction.

Mail ALL Correspondence to: (A FRIENDS House where I CAN recieve MAil)

Koy Chiu
9700 PACKARD ST.
PiNEville NC 28134